# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Marcblaise Zefac Fotsolah,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**NO. CV-26-01785-PHX-SMB (JFM)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 23, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is Denied and the case is closed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 23, 2026

s/ A. Roybal
By    Deputy Clerk